Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
          jsimon@foley.com
          smoses@foley.com

Attorneys for Debtors and Debtors in Possession, SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>    Debtors and Debtors in Possession.<br><br>SCOOBEEZ, INC.,<br><br>                          Plaintiff,<br>v.<br><br>AMAZON LOGISTICS, INC.,<br><br>                          Defendant. | CASE NO. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>CHAPTER 11<br><br>Adversary No. 2:19-ap-01456-WB<br><br>**DECLARATION OF SHANE MOSES REGARDING NOTICE AND SERVICE OF DEBTORS' NOTICE OF MOTION AND *EMERGENCY* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO PREVENT VIOLATION OF THE AUTOMATIC STAY**<br><br>Hearing:<br>Date:  October 28, 2019<br>Time:  2:00 p.m.<br>Place:  Courtroom 1375<br>         U.S. Bankruptcy Court<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

-1-

I, Shane J. Moses, hereby declare:

1. I am an attorney duly authorized to practice before the above-referenced court. I am an of counsel with the law firm of Foley & Lardner, LLP, proposed general insolvency counsel for Scoobeez, Scoobeez Global, Inc., and Scoobur, LLC, the debtors and debtors in possession in the above-captioned, jointly administered bankruptcy cases (collectively, the "Debtors"). I submit this declaration in support of the Debtors' Notice of Motion and *Emergency* Motion for Temporary Restraining Order and Preliminary Injunction to Prevent Violation of the Automatic Stay (the "Emergency Motion").

2. Unless otherwise stated, I have personal knowledge of the matters set forth herein, and if call as a witness, could and would competently testify to the same.

3. Soobeez, Inc. (the "Plaintiff") filed its adversary proceeding Complaint for 1. Violation of the Automatic Stay [11 U.S.C. § 362]; 2. Declaratory Judgment; 3. Injunctive Relief; and 4. Breach of the Duty of Good Faith and Fair Dealing, which is designated as Adversary Proceeding No. 2:19-ap-01456, on October 25, 2019 (the "Complaint").

4. The Complaint names Amazon Logisitics, Inc. as defendant (the "Defendant").

5. The Defendants also filed the Emergency Motion, seeking relief against the Defendant, on October 25, 2019.

6. On October 25, 2019, I telephoned and spoke to Richard Esterkin, counsel for the Defendant, at approximately 3:35 p.m. I informed Mr. Esterkin that the Plaintiff would be filing the Complaint and the Emergency Motion in the immediate future, and that the Emergency Motion would be heard by the Court at 2:00 p.m. on Monday October 28, 2019.

7. Also on October 25, 2019, between approximately 3:36 p.m. and 3:40 p.m., I telephoned and left messages for David Neale, as counsel the Committee, and Anthony Napolitano, as counsel for Hillair Capital Management. I informed both Mr. Neale and Mr. Napolitano that the Plaintiff would be filing the Complaint and the Emergency Motion in the immediate future, and that the Emergency Motion would be heard by the Court at 2:00 p.m. on October 28, 2019

DECL. OF S. MOSES RE: NOTICE AND SERVICE OF MOTION FOR TEMPORARY RESTRAINING ORDER
Case No. 2:19-bk-14989-WB

-1-

4821-2013-7643.1

8. At 4:26 p.m. on October 25, my assistance, Sonia Gaeta, sent an email addressed to Mr. Esterkin, as counsel for the Defendant; Mr. Neal and John Patrick Fritz, as counsel for the Committee; Mr. Napolitano, Stephen Spector, Jennifer Nassiri, and Eric Winston, as counsel for Hillair; and Alvin Mar, as counsel for the U.S. Trustee. Ms. Gaeta's email provided copies of the filed Complaint and Emergency Motion, and provided notice of the date, time, and place of the hearing on the Emergency Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of October 2019, at San Francisco, California.

*/s/ Shane J. Moses*
Shane J. Moses

4821-2013-7643.1

DECL. OF S. MOSES RE: NOTICE AND SERVICE OF
MOTION FOR TEMPORARY RESTRAINING ORDER
-2-    Case No. 2:19-bk-14989-WB