John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
Crystal Nix-Hines (Bar No. 2482073)
crystalnixhines@quinnemanuel.com
Eric Winston (Bar No. 202407)
ericwinston@quinnemanuel.com
Jennifer L. Nassiri (Bar No. 209796)
jennifernassiri@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Proposed Intervenor and Plaintiff
HILLAIR CAPITAL MANAGEMENT, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re:<br><br>SCOOBEEZ, et al.[1]<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br>☐ Scoobeez, ONLY<br>☐ Scoobeez Global, Inc., ONLY<br>☐ Scoobur, LLC, ONLY | CASE NO. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB; 2:19-bk-14997-WB<br><br>CHAPTER 11<br><br>**HILLAIR CAPITAL MANAGEMENT, LLC'S NOTICE OF WITHDRAWAL OF THE APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** |
|---|---|

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 | PLEASE TAKE NOTICE that Hillair Capital Management, LLC ("Hillair") submits this Notice of Withdrawal to the Application for Order Setting Hearing on Shortened Notice, filed on October 28, 2019 (Adv. Dkt. No. 8).

DATED: October 29, 2019

QUINN EMANUEL URQUHART & SULLIVAN, LLP

John B. Quinn
Crystal Nix-Hines
Eric D. Winston
Jennifer L. Nassiri

*Attorneys for Proposed Intervenor and Plaintiff Hillair Capital Management, LLC*

-1-

NOTICE OF WITHDRAWAL