

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL? ☐ Yes ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Shane J. Moses    Attorney Bar# 250533
Law Firm: Foley & Lardner LLP
Mailing Address: 555 S. Flower St., Suite 3300
Los Angeles, CA 90071

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Sonia Gaeta
Telephone: (213) 972-4538    E-mail: sgaeta@foley.com
Bankruptcy Case #: 2:19-bk-14989    Adversary Proceeding #/MP #: 2:19-ap-01456-WB
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 10/28/2019    Time: 2:00 pm
Debtor: Scoobeez, et al.
Adversary Proceeding Name: Scoobeez    vs. Amazon Logistics, Inc.
Hearing Judge: J. Brand    Courtroom #: LA 1375
**TRANSCRIBER:** Ben Hyatt    **ALTERNATE:** eScribers
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For _341(a) Recording Request Procedures_, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days    ☐ Entire Hearing
☐ 14 Days    ☐ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☒ 7 Days    ☐ Testimony of Witness _____
☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See _Transcript Ordering Instructions_, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____    Date Sent to Transcriber: _____    By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____ )Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:____ )Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____    Division: _____    Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

_Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California._