MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:   (213) 612-2500
Fax:   (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>    SCOOBEEZ, et al.[1],<br><br>          Debtors and Debtors in Possession. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB<br><br>Chapter 11 |
| SCOOBEEZ, INC.,<br><br>          Plaintiff<br><br>    v.<br><br>AMAZON LOGISTICS, INC.,<br><br>          Defendant. | Adv. No. 2:19-ap-01456-WB<br><br>**PROOF OF SERVICE OF AMAZON LOGISTICS, INC.'S SUPPLEMENTAL OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION; AND DECLARATION OF JAMES WILSON IN SUPPORT THEREOF**<br><br>Date:     November 18, 2019<br>Time:    10:00 a.m.<br>Place.:   United States Bankruptcy Court<br>            Edward Roybal Federal Building<br>            255 E Temple St., Ctrm 1375<br>            Los Angeles CA  90012 |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

- 1 -

DB2/ 37780779.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Morgan Lewis & Bockius, LLP
300 S Grand Ave Fl 22, Los Angeles CA 90071-3132

A true and correct copy of the foregoing document entitled (*specify*): Amazon Logistics, Inc.'s Supplemental Opposition to Motion for Preliminary Injunction; and Declaration of James Wilson in Support Thereof

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/11/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Service List, attached.

[✔] Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/12/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Julia W. Brand, Suite 1382
U.S. Bankruptcy Court, Roybal Federal Building
255 E Temple St, Los Angeles CA 90012

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/12/2019 | Renee Robles | *Renee Robles* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**2:19-ap-01456-WB Service List**

Richard WEsterkin on behalf of Defendant Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpf@lnbyb.com, JPFLNBYB@ecfinforuptcy.com

Ashley MMcDow on behalf of Plaintiff Scoobeez, Inc.
amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com,jsimon@foley.corn

Shane J Moses on behalf of Plaintiff' Scoobeez, Inc.
smoses@foley.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured Creditors dln@lnbyb.com

United States Trustee (LA)
ustpregion16.1a.ecf@usdoj.gov

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com