MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:    (213) 612-2500
Fax:    (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1],<br><br>Debtors and Debtors in Possession. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB<br><br>Chapter 11 |
| SCOOBEEZ, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMAZON LOGISTICS, INC.,<br><br>Defendant. | Adv. No. 2:19-ap-01456-WB<br><br>**STIPULATION TO CONTINUE HEARINGS ON MOTION FOR PRELIMINARY INJUNCTION AND TO INTERVENE**<br><br>Date:     December 11, 2019<br>Time:    10:00 A.M.<br>Place.:   United States Bankruptcy Court<br>            Edward Roybal Federal Building<br>            255 E Temple St., Ctrm 1375<br>            Los Angeles CA  90012 |

This Stipulation to Continue Hearings on Motions for Preliminary Injunction and to

Intervene is entered into by and among Plaintiff, Scoobeez, Inc., ("Scoobeez"), Defendant,

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

- 1 -

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 37914410.5

Amazon Logistics, Inc., ("Amazon") and Proposed Intervenor, Hillair Capital Management, LLC, ("Hillair") (collectively, the "Parties") with reference to the following facts:

    A.    On October 25, 2019, Scoobeez filed a complaint against Amazon, which commenced the above-captioned adversary proceeding (the "Adversary Proceeding"). Also on October 25, 2019, Scoobeez filed its Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Prevent Violation of the Automatic Stay (the "Preliminary Injunction Motion"). Amongst other relief, the Preliminary Injunction Motion sought a temporary restraining order, and preliminary and permanent injunction relating to Amazon's alleged violations of the automatic stay.

    B.    On October 28, 2019, Hillair filed a motion seeking permission to file a complaint in intervention in the Adversary Proceeding (the "Intervention Motion").

    C.    The "Preliminary Injunction Motion") and the Intervention Motion are presently set for hearing before the above-captioned court (the "Court") on December 11, 2019 at 10:00 a.m.

    D.    On October 28, 2019, Amazon filed a motion seeking an order that certain actions that it proposed to take did not violate the automatic stay and for an order modifying the automatic stay [Bankruptcy Case Docket No. 393] (the "Stay Relief Motion"). That motion also is presently set for hearing before this Court on December 11, 2019 at 10:00 a.m.

    E.    The interests of judicial economy and of the Parties would be furthered by hearing the Preliminary Injunction Motion, the Stay Relief Motion and the Intervention Motion (collectively, the "Pending Motions") on the same date.

    F.    On October 29, 2019, Hillair served certain discovery requests upon Amazon in relation to the Stay Relief Motion. On November 18, 2019, Amazon served certain discovery requests on Hillair and Scoobeez in relation to the Stay Relief Motion. While the Parties are working cooperatively toward setting deadlines for documents to be produced and dates for depositions, the parties do not believe that discovery can be completed and results of that discovery presented to this Court in connection with its consideration of the Pending Motions on

- 2 -

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 37914410.5

1  December 11, 2019.  Accordingly, the Parties wish to continue the hearing on the Pending

2  Motions to January 16, 2020 at 10:00 a.m.

3      G.    The Parties intend to continue to work cooperatively to schedule the pending

4  discovery and, once that has been accomplished, anticipate filing a subsequent stipulation with

5  this Court seeking an order establishing a briefing schedule for the filing of supplemental papers,

6  including the results of the pending discovery, for the Court's consideration at the continued

7  hearing date of the Pending Motions.

8      IT IS THEREFORE STIPULATED THAT the Court may enter an order in the form

9  attached hereto as Exhibit 1 continuing the hearing date of the Preliminary Injunction Motion and

10 the Intervention Motion to January 16, 2020 at 10:00 a.m.

11 Dated: December 6, 2019                 MORGAN, LEWIS & BOCKIUS LLP

13                                          By:  /s/ Richard W. Esterkin
                                                 Richard W. Esterkin
14                                          Attorneys for Defendant Amazon Logistics,
                                            Inc.

15 Dated:  December __, 2019               FOLEY & LARDNER LLP
16

18                                          By: _____
                                                 Ashley M. McDow
                                            Attorneys for Plaintiff, Scoobeez, Inc.
19

20 Dated:  December __, 2019               QUINN EMANUEL URGUHART &
                                            SULLIVAN, LLP

22                                          By: _____
                                                 Jennifer Nassiri
23                                          Attorneys for Proposed Intervenor, Hillair
                                            Capital Management, LLC

1  December 11, 2019.  Accordingly, the Parties wish to continue the hearing on the Pending

2  Motions to January 16, 2020 at 10:00 a.m.

3        G.    The Parties intend to continue to work cooperatively to schedule the pending

4  discovery and, once that has been accomplished, anticipate filing a subsequent stipulation with

5  this Court seeking an order establishing a briefing schedule for the filing of supplemental papers,

6  including the results of the pending discovery, for the Court's consideration at the continued

7  hearing date of the Pending Motions.

8        IT IS THEREFORE STIPULATED THAT the Court may enter an order in the form

9  attached hereto as Exhibit 1 continuing the hearing date of the Preliminary Injunction Motion and

10 the Intervention Motion to January 16, 2020 at 10:00 a.m.

11 Dated:  December 6, 2019                    MORGAN, LEWIS & BOCKIUS LLP

13                                           By:  /s/ Richard W. Esterkin
14                                                 Richard W. Esterkin
                                                Attorneys for Defendant Amazon Logistics,
15                                                 Inc.

16 Dated:  December 9, 2019                     FOLEY & LARDNER LLP

18                                                 By:
                                                Ashley M. McDow
                                                Attorneys for Plaintiff, Scoobeez, Inc.

20 Dated:  December __, 2019                    QUINN EMANUEL URGUHART &
                                                SULLIVAN, LLP

22                                                 By:
                                                Jennifer Nassiri
23                                                 Attorneys for Proposed Intervenor, Hillair
                                                Capital Management, LLC

# EXHIBIT A

MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:    (213) 612-2500
Fax:    (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1],<br><br>Debtors and Debtors in Possession. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB<br><br>Chapter 11 |
| SCOOBEEZ, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMAZON LOGISTICS, INC.,<br><br>Defendant. | Adv. No. 2:19-ap-01456-WB<br><br>**ORDER CONTINUING HEARINGS ON MOTION FOR PRELIMINARY INJUNCTION AND TO INTERVENE**<br><br>Date:      December 11, 2019<br>Time:     10:00 a.m.<br>Place.:    United States Bankruptcy Court<br>              Edward Roybal Federal Building<br>              255 E Temple St., Ctrm 1375<br>              Los Angeles CA  90012 |

The parties having stipulated thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on Plaintiff Soobeez, Inc.'s motion for a

////

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

- 1 -

DB2/ 37915871.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

1 | preliminary injunction and Proposed Intervenor Hillair Capital Management, LLC's motion to

2 | intervene be continued to January 16, 2020, at 10:00 a.m., in Courtroom 1375 of this Court.

3 | # # # #

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 37915871.1

- 2 -

Exhibit A - [Proposed] Order - page 6

**CERTIFICATE OF SERVICE FORM**

**FOR ELECTRONIC FILINGS**

I hereby certify that on December 10, 2019, I electronically filed the foregoing document, **STIPULATION TO CONTINUE HEARINGS ON MOTION FOR PRELIMINARY INJUNCTION AND TO INTERVENE**, with the Clerk of the United States Bankruptcy Court, Central District of California, Los Angeles Division, using the CM/ECF system, which will send notification of such filing to those parties registered to receive notice on this matter.

*/s/ Renee Robles*
Renee Robles

Morgan, Lewis & Bockius LLP
Attorneys At Law
Costa Mesa

DB2/ 37914410.5

-7-

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Morgan Lewis & Bockius, LLP
300 S Grand Ave Fl 22, Los Angeles CA 90071-3132

A true and correct copy of the foregoing document entitled (*specify*): Stipulation to Continue Hearings on Motion for Preliminary Injunction and to Intervene

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/10/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Service List, attached.

[✓] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/10/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Julia W. Brand, Suite 1382
U.S. Bankruptcy Court, Roybal Federal Building
255 E Temple St, Los Angeles CA 90012

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/10/2019 | Renee Robles | *Renee Robles* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012      -5-      **F 9013-3.1.PROOF.SERVICE**

**2:19-ap-01456-WB Service List**

Richard WEsterkin on behalf of Defendant Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpf@lnbyb.com, JPFLNBYB@ecfinforuptcy.com

Ashley MMcDow on behalf of Plaintiff Scoobeez, Inc.
amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com,jsimon@foley.corn

Shane J Moses on behalf of Plaintiff' Scoobeez, Inc.
smoses@foley.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured Creditors dln@lnbyb.com

United States Trustee (LA)
ustpregion16.1a.ecf@usdoj.gov

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com