Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
      jsimon@foley.com
      smoses@foley.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>SCOOBEEZ, et al.[1]<br><br>DEBTOR<br><br>Affects:<br><br>☐ All Debtors<br><br>☒ Scoobeez, ONLY<br><br>☐ Scoobeez Global, Inc., ONLY<br><br>☐ Scoobur, LLC, ONLY<br><br>SCOOBEEZ, INC.,<br>          Plaintiff,<br>v.<br>AMAZON LOGISTICS, INC.,<br>          Defendant. | CASE NO. 2:19-bk-14989-WB<br>Jointly Administered:2:19-bk-14991-WB;<br>2:19-bk-14997-WB<br><br>CHAPTER 11<br><br>Adversary Case No. 2:19-ap-01456-WB<br><br>**NOTICE OF ERRATA REGARDING CORRECTED CAPTION FOR COMPLAINT** |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

4811-7213-8927.1

1    Plaintiff Scoobeez, Scoobeez Global, Inc., and Scoobur, LLC, the debtors and debtors in possession (collectively "Debtors") in the above-captioned chapter 11 bankruptcy cases (collectively the "Chapter 11 Cases") hereby file this Notice of Errata with regard to the Complaint for 1. Violation of the Automatic Stay [11 U.S.C. § 362]; 2. Declaratory Judgment; 3. Injunctive Relief; and 4. Breach of the Duty of Good Faith and Fair Dealing [AP Docket No. 1], filed on October 25, 2019 (the "Complaint").

The Complaint was filed with a form of caption that did not include check boxes reflecting which of the Debtors were affected. A corrected caption for the Complaint is attached hereto as **Exhibit A**. Subsequent filings in this adversary proceeding should use a caption in the attached form.

DATED: December 16, 2019                **FOLEY & LARDNER LLP**

/s/ Ashley M. McDow
Shane J. Moses

Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)

Attorneys for Debtors SCOOBEEZ, SCOOBEEZ GLOBAL, INC., and SCOOBUR, LLC

4811-7213-8927.1

2

# EXHIBIT A

Ashley M. McDow (245114)
John A. Simon (admitted Pro Hac Vice)
Shane J. Moses (250533)
**FOLEY & LARDNER LLP**
555 S. Flower St., 33rd Floor
Los Angeles, CA 90071
Telephone: 213.972.4500
Email: amcdow@foley.com
　　　　jsimon@foley.com
　　　　smoses@foley.com

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>SCOOBEEZ, et al.[1]<br><br>　DEBTOR<br><br>---<br><br>Affects:<br><br>☐ All Debtors<br><br>☒ Scoobeez, ONLY<br><br>☐ Scoobeez Global, Inc., ONLY<br><br>☐ Scoobur, LLC, ONLY<br><br>SCOOBEEZ, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMAZON LOGISTICS, INC.,<br><br>　　　　Defendant. | CASE NO. 2:19-bk-14989-WB<br>Jointly Administered:2:19-bk-14991-WB;<br>2:19-bk-14997-WB<br><br>CHAPTER 11<br><br>Adversary Case No. 2:19-ap-01456-WB<br><br>**COMPLAINT FOR:**<br><br>**1. VIOLATION OF THE AUTOMATIC STAY [11 U.S.C. § 362];**<br>**2. DECLARATORY JUDGMENT;**<br>**3. INJUNCTIVE RELIEF; AND**<br>**4. BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING** |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and Scoobur, LLC (0343). The Debtors' address is 3463 Foothill Boulevard, Glendale, California 91214.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Foley & Lardner LLP, 3579 Valley Centre Drive, Suite 300, San Diego, CA  92130

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Errata** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/16/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/16/19, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Julia W. Brand  (via personal delivery 12/17/19)
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/16/2019 | Vicki Goldsmith | /s/ Vicki Goldsmith |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

**1.** **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

Richard W Esterkin    richard.esterkin@morganlewis.com
John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
Ashley M McDow    amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com;jsimon@foley.com
Shane J Moses    smoses@foley.com
Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
David L. Neale    dln@lnbyb.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Eric D Winston    ericwinston@quinnemanuel.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**