MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin, SBN 70769
richard.esterkin@morganlewis.com
300 S Grand Ave Fl 22
Los Angeles CA  90071-3132
Tel:    (213) 612-2500
Fax:    (213) 612-2501

Attorneys for
Amazon Logistics, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCOOBEEZ, et al.[1],<br><br>Debtors and Debtors in Possession. | Case No. 2:19-bk-14989-WB<br>Jointly Administered:<br>2:19-bk-14991-WB, and 2:19-bk-14997-WB<br><br>Chapter 11 |
| SCOOBEEZ, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMAZON LOGISTICS, INC.,<br><br>Defendant. | Adv. No. 2:19-ap-01456-WB<br><br>**STIPULATION TO DISMISSAL**<br><br>[No hearing required]<br><br>Judge:  The Hon. Julia W. Brand |

Pursuant to the provisions of Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41, the parties hereto hereby stipulate to the dismissal with prejudice of this proceeding, each party to bear its own costs and fees.

////

(Signatures on following page)

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Scoobeez (6339); Scoobeez Global, Inc. (9779); and, Scoobur, LLC (0343).  The Debtors' address is 3463 Foothill Boulevard, in Glendale, California  91214.

- 1 -

DB2/ 39350251.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

Dated: July 30, 2020

MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ *Richard W. Esterkin*
      Richard W. Esterkin

Attorneys for Amazon Logistics, Inc.

Dated: July 30, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *Crystal Nix Hines*
    Crystal Nix-Hines

Attorneys for Hillair Capital Management, LLC

Dated: July 30, 2020

FOLEY & LARDNER LLP

By: _____
    John Simon

Attorneys for Scoobeez

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 39350251.1

**CERTIFICATE OF SERVICE FORM**

**FOR ELECTRONIC FILINGS**

I hereby certify that on August 5, 2020, I electronically filed the foregoing document, **STIPULATION TO DISMISSAL** with the Clerk of the United States Bankruptcy Court, Central District of California, Los Angeles Division, using the CM/ECF system, which will send notification of such filing to those parties registered to receive notice on this matter.

_Renee Robles_
Renee Robles

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 39350251.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Morgan Lewis & Bockius LLP
300 S Grand Ave Fl 22, Los Angeles CA  90071-3132

A true and correct copy of the foregoing document entitled (*specify*):  Stipulation to Dismissal
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/05/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Service List attached

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/05/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

See E-Mail Only Service List, attached.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/05/2020 | Renee Robles | */s/ Renee Robles* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2:19-ap-01456-WB Service List**

Richard WEsterkin on behalf of Defendant Amazon Logistics, Inc.
richard.esterkin@morganlewis.com

John-Patrick M Fritz on behalf of Creditor Committee Official Committee of Unsecured Creditors jpf@lnbyb.com, JPFLNBYB@ecfinforuptcy.com

Ashley MMcDow on behalf of Plaintiff Scoobeez, Inc.
amcdow@foley.com,
sgaeta@foley.com;mhebbeln@foley.com;swilson@foley.com,jsimon@foley.corn

Shane J Moses on behalf of Plaintiff' Scoobeez, Inc.
smoses@foley.com

David L. Neale on behalf of Creditor Committee Official Committee of Unsecured Creditors dln@lnbyb.com

United States Trustee (LA)
ustpregion16.1a.ecf@usdoj.gov

Eric D Winston on behalf of Creditor Hillair Capital Management, LLC
ericwinston@quinnemanuel.com